IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

DONALD PATRICK

    Plaintiff,

v.

AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY

    Defendant.

### NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO:    PLAINTIFF DONALD PATRICK AND HIS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that on the 26th day of December, 2017, Defendant American National Property & Casualty Company ("American National") filed in the United States District Court for the District of Colorado its Notice of Removal of this action to that Court.

This action was commenced by Plaintiff on November 6, 2017 in the El Paso County District Court, State of Colorado, Case Number 2017CV32660. *See* Complaint and Jury Demand, attached hereto as **Appendix A-3**. Plaintiff's claims constitute a civil action for which this Court has original jurisdiction under 28 U.S.C. § 1332(a) as there is diversity between the parties and the amount in controversy exceeds $75,000. Therefore, this action is removable from the El Paso County District Court, State of Colorado, to this Court under 28 U.S.C. § 1441(a). In accordance with 28 U.S.C. §

1446(b), the notice of removal shall be filed within 30 days after service or other receipt of the Complaint.  American National was served the Complaint on December 5, 2017.  Thus, this notice is timely filed.

This action arises out of Plaintiff's claim made under an insurance policy issued by American National for damage to Plaintiff's real property allegedly caused by hail damage on or about January 9, 2017.  *See* Complaint [**Appendix A-3**] at ¶ 7.  In a letter dated May 5, 2017, Plaintiff, through his attorney, demanded $745,937.38, which included compensatory damages in the amount of $122,656.23, double damages for the loss in the amount of $245,312.46 pursuant to C.R.S. § 10-3-1116, treble damages for the loss in the amount of $367,968.69 under the Colorado Consumer Protection Act, alleging that American National engaged in bad faith conduct, and attorney's fees.  Thus, based on the factual allegations stated in the Complaint, the prayer for relief of the Complaint, and the correspondence contained in American National's claim file, Plaintiff is seeking damages against American National in excess of $75,000.

Plaintiff also filed a state civil cover sheet, advising that it is seeking damages in excess of $100,000.00.  *See* District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, attached hereto as **Appendix A-2**.  The civil cover sheet is an "other paper" under U.S.C. § 1446(b)(3), which puts the defendant on notice that the amount in controversy exceeds $75,000.  See **Paros Props., LLC v. Colo. Cas. Ins. Co.**, 2016 WL 4502286, at *6 (10th Cir. Aug. 29, 2016).

As shown above, the amount in controversy exceeds the $75,000 requirement for

diversity jurisdiction under 28 U.S.C. § 1332.

There is also diversity of citizenship between the parties. Plaintiff is now and was at the time of the commencement of this action, a citizen of the State of Colorado. *See address in ¶ 1 of the Complaint* [**Appendix A- 3**]. American National is now and was at the time of the commencement of this action a citizen of the State of Missouri because Defendant was incorporated in the State of Missouri with its principal place of business in the State of Missouri at all relevant times.

Pursuant to D.C.COLO.LCivR 81.1, attached as Appendix A are copies of the docket sheet from the state court and other pleadings that have been filed in the state court. These include the following:

1. Docket Sheet from State Court;
2. District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint;
3. Complaint and Jury Demand;
4. Delay Prevention Orders dated November 8, 2017, and December 21, 2017;
5. Notice of Removal to United States District Court

*See* Appendices, attached hereto as **Appendix A-1**, **A-2**, **A-3**, **A-4,** and **A-5.** Defendant states that no hearings have been set in the state court as of this date.

Plaintiff's claims constitute a civil action for which this Court has original jurisdiction under 28 U.S.C. § 1332(a) and, therefore, this action is removable from the El Paso County District Court, State of Colorado under 28 U.S.C. § 1441(a).

Respectfully submitted,

By: *s/ L. Kathleen Chaney*
L. Kathleen Chaney
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, Colorado 80237
Telephone: (303) 799-8889
Facsimile: (303) 799-3700
E-mail: kchaney@lclaw.net
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2017, a true and correct copy of the foregoing **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Christopher C.R. Sidebottom
The Law Office of Christopher Sidebottom
301 Newark Street
Aurora, CO 80010
(720) 505-4057
Christopher.cr.sidebottom@gmail.com
cs@chrissidebottom.com
*Attorney for Plaintiff*

By: *s/     L. Kathleen Chaney*
L. Kathleen Chaney
LAMBDIN & CHANEY, LLP

- 4 -